STATE OF NEW JERSEY, DEFENDANT IN ERROR, v.
BERTRAM MARRINER, PLAINTIFF IN ERROR.

Submitted July 5, 1920—Decided October 15, 1920.

On error to the Supreme Court, whose opinion is reported
in 93 *N. J. L.* 273.

For the defendant in error, *Charles F. Sexton.*

For the plaintiff in error, *Ward Kremer.*

PER CURIAM.

The judgment under review herein should be affirmed, for
the reasons expressed in the opinion delivered by the Chief
Justice in the Supreme Court.

*For affirmance*—SWAYZE, TRENCHARD, PARKER, BERGEN,
KALISCH, WHITE, HEPPENHEIMER, WILLIAMS, TAYLOR,
GARDNER, ACKERSON, JJ.   11.

*For reversal*—None.